UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

BWP MEDIA USA, INC. d/b/a PACIFIC COAST NEWS

                        Plaintiff,

      -against-

UROPA MEDIA, INC.

                       Defendant.

------------------------------------------------------------X

Docket No.: 1:13-cv-07871-JSR

**NOTICE OF MOTION FOR ENTRY OF DEFAULT PURSUANT TO FRCP 55(a)**

    PLEASE TAKE NOTICE, that upon the Declaration of Craig B. Sanders, Esq., attorney for the Plaintiff, BWP Media USA, Inc. d/b/a Pacific Coast News ("Plaintiff"), sworn to on the 13th day of January, 2014 and upon all the pleadings/proceedings heretofore had herein, the Plaintiff will move this Court at the United States District Court, Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Room 14-B, New York, NY 10007 on Thursday, January 23, 2013 at 9:00 a.m., for an Order granting the entry of a Default against the Defendant, Uropa Media, Inc., ("Defendant"), pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

    This relief is sought because the Summons and Complaint in this action were served on the Defendant on December 16, 2013 and said Defendant has failed to plead or otherwise defend in this action.

    PLEASE TAKE FURTHER NOTICE that, any papers in opposition to this motion shall be served within seven days of service of these motion papers.

Dated: Garden City, New York           Respectfully submitted,

January 16, 2014                       SANDERS LAW, PLLC

                                       By: /s/ Craig B. Sanders
                                           Craig B. Sanders, Esq. (CS4163)
                                           100 Garden City Plaza, Suite 500
                                           Garden City, NY 11530
                                          (516) 203-7600
                                          (516) 281-7601
                                          csanders@sanderslawpllc.com
                                           Attorneys for Plaintiff