UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
BWP MEDIA USA, INC. d/b/a PACIFIC COAST NEWS

                                Plaintiff,

-against-

UROPA MEDIA, INC.,

                                Defendant.
-------------------------------------------------------------X

Docket No.: 13-CV-7871-JSR

**ORDER OF ENTRY OF DEFAULT PURSUANT TO FRCP 55(a)**

On __1/23/__, 2014, the Court considered the application by Plaintiff, BWP Media USA, Inc. d/b/a Pacific Coast News, for entry of a default against the Defendant, Uropa, Inc., pursuant to Rule 55(a) of the Federal Rules of Civil Procedure. After considering the papers submitted in connection with the application & the papers on file in this action, the court finds that: this action was commenced on November 5, 2013, with the filing of a Summons and Complaint (*see* Docket Entry No. 1), a copy of the Summon and Complaint were served on the Defendant via the service upon a registered agent who is legally able to accept service by the name of Rema "Doe" on December 16, 2013 (*see* Docket Entry No. 3), and proof of such service was filed on December 19, 2013. *See* Docket Entry No. 3. Consequently an Answer was due from the defendant on or before January 6, 2014. *See* Docket Entry No. 3.

However, to date, the Defendant has not filed an answer or otherwise moved with respect to the complaint herein, and the time to do so has expired. Therefore, the default of the Defendant in this matter is hereby entered. *The matter is referred to a Magistrate Judge for an inquest to determine damages*

*SO ORDERED*

Dated: New York, New York
January __27,__, 2014

Honorable Jed S. Rakoff
United States District Judge