

# thebosh.com is almost here!

Upload your website to get started.

Need help?    Admin Panel

Cited in Bwp Media v. US v Uropa Media 13Civ7871 Decided 5/16/14 Archived on 5/19/14 This document is protected by copyright. Further reproduction is prohibited without permission.