```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
BWP MEDIA USA INC. d/b/a              :    13-cv-7871(JSR)
PACIFIC COAST NEWS,                   :
                                      :    ORDER
            Plaintiff,                :
                                      :
      -v-                             :
                                      :
UROPA MEDIA, INC.,                    :
                                      :
            Defendant.                :
----------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

    On May 16, 2014, the Honorable James C. Francis IV, United States Magistrate Judge, issued a Report and Recommendation in the above-captioned matter recommending that the plaintiff be awarded damages for copyright infringement in the amount of $18,000, attorneys' fees of $6,732.50, and costs of $400, totaling $25,132.50.

    Defendant has failed to file any objection to the Report and Recommendation, and, for that reason alone, has waived any right to review by this Court. See Thomas v. Arn, 474 U.S. 140, 147-48 (1985); Mario v. P & C Food Markets, Inc., 313 F.3d 758, 766 (2d Cir. 2002); Spence v. Superintendent, Great Meadow Corr. Facility, 219 F.3d 162, 174 (2d Cir. 2000). Accordingly, the Court hereby adopts the Report and Recommendation, and, for the reasons therein, orders that the defendant pay the recommended damages, attorneys' fees, and costs. Clerk to enter judgment.

    SO ORDERED.

Dated:   New York, NY
         August 4, 2014

_____
JED S. RAKOFF, U.S.D.J.