USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BWP MEDIA USA INC. d/b/a
PACIFIC COAST NEWS,

                Plaintiff,

-against-

UROPA MEDICA, INC.,

                Defendant.
------------------------------------------------------------X

13 CIVIL 7871 (JSR)

**JUDGMENT**

Whereas on May 16, 2014, the Honorable James C. Francis IV, United States Magistrate Judge, having issued a Report and Recommendation in the above-caption matter recommending that plaintiff be awarded damages for copyright infringement in the amount of $18,000, attorneys' fees of $6,732.50, and costs of $400, totaling $25,132.50, Defendant having failed to file any objections to the Report and Recommendation, and, for that reason alone, has waived any right to review by this Court, and the matter having come before the Honorable Jed S. Rakoff, United States District Judge, and the Court, on August 4, 2014, having rendered its Order adopting the Report and Recommendation, and, for the reasons therein, orders that the defendant pay the recommended damages, attorneys' fees, and costs, and directing the Clerk to enter judgment, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 4, 2014, the Report and Recommendation is adopted, and, for the reasons therein, the defendant is ordered to pay the recommend damages, attorneys' fees, and costs in the amount of $25, 132.50 to plaintiff.

Dated: New York, New York
August 4, 2014

BY: _____
RUBY J. KRAJICK
Clerk of Court

Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____